```
BRIAN J. STRETCH (CABN 163973)
United States Attorney
BARBARA J. VALLIERE (DCBN 439353)
Assistant United States Attorney
Chief, Criminal Division
JOHN H. HEMANN (CABN 165823)
ILA C. DEISS (NYBN 3052909)
COLIN C. SAMPSON (CABN 249784)
        450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
        Telephone: (415) 436-7200
        FAX: (415) 436-7234
        John.hemann@usdoj.gov
```

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>NAUM MORGOVSKY, and<br>MARK MIGDAL,<br><br>    Defendants. | CR 16-00411-VC-1<br><br>UNITED STATES' NOTICE OF RELATED CASE IN A CRIMINAL ACTION |
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>REAL PROPERTY AND IMPROVEMENTS LOCATED AT 112 WALAKA STREET, #305, KIHEI, HAWAII 96753,<br><br>and,<br><br>REAL PROPERTY AND IMPROVEMENTS LOCATED AT 112 WALAKA STREET, #404, KIHEI, HAWAII 96753,<br><br>    Defendant(s). | CV 16-05557- JSC |

NOTICE OF RELATED CASE
Nos. 16-cr-00411-VC-1, 16-cv-05557-JSC

The United States of America, pursuant to Local Criminal Rule 8-1, hereby notifies the Court that the two above-captioned criminal and civil cases are related.

On September 29, 2016, a federal grand jury in the Northern District of California returned a three-count indictment alleging that Defendants Naum Morgovsky and Mark Migdal conspired to and did commit bank fraud against two federally insured banks, now Bank of America and EverBank, with respect to the short sales of two condominium properties, in violation of 18 U.S.C. § 1344 and 1349. The Indictment also seeks criminal forfeiture of the two condominiums.  *See United States of America v. Morgovsky, et al.,* 3:16-cr-0411-VC-1 (N.D. Cal.).

Later in the day, the United States filed a civil Complaint for Forfeiture for forfeiture of the same two condominium properties which constitute the proceeds of the bank fraud and conspiracy described above.  *See United States of America v. Real Property and Improvements Located at 112 Walaka Street, #305*, *et al.*, 3:16-cv-05557-JSC (N. D. Cal.).

Per Local Criminal Rule 8-1(c)(4), government counsel herein states that assignment to a single Judge is likely to conserve judicial resources and promote an efficient determination of the action.

Respectfully submitted this 30th day of September, 2016.

Respectfully submitted,

BRIAN J. STRETCH
United States Attorney

Dated:  September 30, 2016.

*/s/ Ila Deiss*
JOHN H. HEMANN
ILA C. DEISS
COLIN SAMPSON
Assistant United States Attorneys

NOTICE OF RELATED CASE
Nos. 16-cr-00411-VC-1, 16-cv-05557-JSC