CHRISTOPHER J. CANNON, State Bar No. 88034
MATTHEW A. LAWS, State Bar No. 273697
SUGARMAN & CANNON
737 Tehama St., No. 3
San Francisco, CA 94103
Telephone: 415/362-6252

Attorney for Defendant Mark Migdal

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 16-00411 VC (EDL) |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND** |
| v. | ) | **[PROPOSED] ORDER** |
| | ) | **ALLOWING TRAVEL** |
| MARK MIGDAL, | ) | |
| Defendant. | ) | |

IT IS HEREBY ORDERED THAT:

Mark Migdal is permitted to travel to Lithuania between the dates of March 14, 2017, and March 25, 2017, for the purpose of attending meetings related to his investment in a construction project in Vilnius, Lithuania, called Ramig Village. The parties agree to the following conditions:

1. Mark Migdal is to post an additional $50,000 bond with the Clerk of the Court by certified funds or bank cashier's check to be held by the Clerk until Migdal returns to the United States. The Clerk of the Court shall return the uncashed check to Mark Migdal only after he returns to the United States and physically appears at the Office of the Clerk. Mark Migdal shall provide a copy of the certified funds check to the attorney for the United States;

2. Mark Migdal shall also surrender all valid passports of his Spouse, A.K., and daughter, with Pretrial Services prior to Migdal's departure and Pretrial Services shall temporarily release only Mark Migdal's United States passport for purposes of travel to Lithuania between March 14, 2017 and March 25, 2017;

3. Mark Migdal will provide Pretrial Services with his itinerary and a contact telephone number while he is traveling;

4. Within three days of the proposed travel dates, Pretrial Services shall release only Mark Migdal's United States Passport subject to the posting of the additional bond and additional passports;

5. Within three days of returning to the United States, Mark Migdal shall return his United States passport to Pretrial Services;

6. At the same time that Pretrial Services receives Mark Migdal's United States passport, Pretrial Services shall surrender to Mark Migdal the passports of his Wife, A.K., and his daughter;

7. All other conditions of Mark Migdal's pretrial release remain in effect.

Dated:  March 7, 2017                     /s/Matthew Laws
                                          Christopher J. Cannon
                                          Matthew A. Laws
                                          Attorneys for Mark Migdal

Dated:  March 7, 2017                     /s/ Colin Sampson
                                          Colin Sampson
                                          Assistant United States Attorney

SO ORDERED

Dated: March 7, 2017

                                          _____
                                          The Honorable Elizabeth Laporte
                                          United States Magistrate Judge