UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL MINUTES

**Date:** April 24, 2018     **Time in Court:** 40 minutes     **Judge:** VINCE CHHABRIA

**Case No.**: 16-cr-00411-VC-2     **Case Name:** UNITED STATES v. Mark Migdal

**Attorney for United States of America:** Colin Sampson and Erin Cornell
**Attorney for Defendant:** Stuart Hanlon and Sara Rief
**Defendant:** [X] PRESENT   [] NOT PRESENT
**Defendant's Custodial Status:** [] In Custody   [X] Not In Custody

**Deputy Clerk:** Kristen Melen        **Court Reporter:** Lydia Zinn
**Interpreter:** N/A                   **Probation Officer:** Jill Spitalieri

PROCEEDINGS

Sentencing - hearing held.

RESULT OF HEARING

The Court adopts the PSR. The Court proposed a specific condition of supervised release, which was discussed with the parties and proffers for and against were heard. The Court determined the additional condition was not appropriate.

Mr. Migdal addressed the Court.

Defendant is committed to the Bureau of Prisons for a term of 18 months, which consists of a term of 18 months on counts one, seven, and eight, all to be served concurrently; followed by 3 years of supervised release, which consists of 3 years on each count above, all to run concurrently. A special assessment fee of $300 is imposed. A fine of $1,000,000.00 is imposed. Restitution in the amount of $460,215.02 is ordered. Defendant forfeits $539,784.98. See Judgment for special conditions.

The Court recommends the defendant be housed at a BOP camp due to his age and health and in the Bay Area to facilitate family visitation. Priority is given to having the housing be at a camp facility.

Mr. Migdal is ordered to surrender directly to the designated BOP facility on September 28, 2018, by no later than 2:30 p.m. If a facility has not been designated by that time, he is to surrender on that same date and time to the United States Marshal located at 450 Golden Gate Avenue, 20th Floor, San Francisco.