UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>        Plaintiff,<br><br>    v.<br><br>MIGDAL,<br><br>        Defendant. | Case No. 16-cr-00411-VC-2<br><br>**ORDER DENYING APPEAL OF MAGISTRATE JUDGE DECISION**<br><br>Re: Dkt. No. 230 |

    The Court has reviewed the Magistrate Judge's order allowing travel de novo, and has considered all materials submitted in connection with that order, along with the government's brief on appeal. The Court declines to reverse the order. The government's appeal is denied.

    **IT IS SO ORDERED.**

Dated: May 17, 2018

_____
VINCE CHHABRIA
United States District Judge