Mark Migdal 

June 14, 2018

Honorable Judge Elizabeth Laporte
Honorable Judge Vince Chhabria
United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102

Re:  Mark Migdal;  Case Number: CR-00411-VC-2

Dear Honorable Judge Laporte;
Dear Honorable Judge Chhabria;

Last night I returned from my business trip overseas. I was away 11 days. The trip was exceptionally helpful for my work and for the project I am involved with over there.

I would like to use this letter to tell you how much I appreciated your trust and your understanding of my current work predicament.

Very truly

Mark Migdal