STUART HANLON (CSBN: 066104)
SARA RIEF (CSBN: 227279)
LAW OFFICES OF HANLON AND RIEF
1663 Mission Street, Suite 200
San Francisco, California 94103
Telephone: (415) 864-5600
Email: stuart@stuarthanlonlaw.com

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR-16-411-VC-2 |
| Plaintiff, | NOTICE OF MOTION AND MOTION TO EXTEND SURRENDER DATE TO JANUARY 10, 2019 |
| vs. | |
| MARK MIGDAL, | DATE: NOVEMBER 13 2018<br>TIME: 10:30 AM |
| Defendants. | CRTM: Hon. Judge Chhabria |

TO THE ABOVE ENTITLED HONORABLE COURT AND THE UNITED STATES ATTORNEY, ASSISTANT UNITED STATES ATTORNEY COLIN SAMPSON:

Notice is here by giving that on November 13, 2018, at 10:30 AM or as soon as the matter may be heard, defendant Mark Migdal, will move this court for an order continuing the presently set surrender date of November 26, 2018 to January 10, 2019.

This motion is based on the attached declaration of counsel, Stuart Hanlon.

Dated: November 6, 2018

STUART HANLON
Attorney for Defendant

STUART HANLON (CSBN: 066104)
SARA RIEF (CSBN: 227279)
LAW OFFICES OF HANLON AND RIEF
1663 Mission Street, Suite 200
San Francisco, California 94103
Telephone: (415) 864-5600
Email: stuart@stuarthanlonlaw.com

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>MARK MIGDAL,<br><br>    Defendants. | Case No.: CR-16-411-VC-2<br><br>DECLARATION OF COUNSEL IN SUPPORT OF MOTION TO EXTEND SURRENDER DATE TO JANUARY 10, 2019 |

I, Stuart Hanlon, declare under penalty of perjury as follows:

1. Mr. Mark Migdal was sentenced by this court on April 24, 2018, to a sentence of 18 months in custody. At the time of sentencing, defense counsel explained to the Court that Mr. Migdal was having double knee replacement surgery and requested an extended surrender date. Based on counsel's best estimate of recovery time, the surrender date was set for September 28, 2018. At that time, counsel indicated to this court that he would ask for additional time if necessary.

2. Mr. Migdal's first surgery on one knee was delayed from June to July, due to this wife's surgery, so that one parent would be able to care for their minor daughter. His second surgery could not occur until September 7, 2018 because of the time needed for the initial recuperation from the first replacement. In September 2018, the parties agreed to a modification of surrender date until November 26, 2018 because of extended time

needed for physical therapy. It was anticipated by counsel that this would be enough time for recovery.

3. Counsel notified the Government and Assistant United States Attorney Colin Sampson in late October of the need for additional time until January for physical therapy for Mr. Migdal to gain the strength and mobility to go to prison.

4. The Government has been understanding in its original stipulation to continue the date until November 26, 2018. The United States stated to counsel in email that they will not agree to any further continuance and believe that Migdal should go into custody on November 26, 2018.

5. Though counsel can understand the Government's frustration with the surrender date counsel believes that based on the medical evidence, attached to this declaration, that further time is needed to allow Mr. Migdal to gain the strength post-surgery so that he can go to prison to fulfill his sentence without endangering himself by falling or similar acts that may occur if he is not healthy, and/or effecting the ultimate recovery from the - replacements.

6. After his surgery on September 7th Migdal was ordered to have home physical therapy visits for two weeks. The doctor then gave Mr. Migdal 12 visits of physical therapy which covered six weeks from the period of October 1 to November 12, 2018. (See Doctor's order of September 21, 2018 attached hereto)

7. On October 29, 2018, the doctor determined that Mr. Migdal would need an additional 12 physical therapy sessions to aide in his recovery from surgery.. Attached hereto is the statement from the doctor and the order for 12 additional therapy sessions.

8.. These 12 visits will begin on November 12, 2018. With the holiday closures the sessions will end on or about January 8, 2019.

9.. Knee replacement surgeries are extremely serious especially for a man of Mr. Migdal's age. There are dangers for falling as well as lack of strength post-surgery. Movement is limited and during the first two or three months post-surgery many patients, including Mr. Migdal, need to use crutches and a walker. Mr. Migdal is 73 years old and will be in prison for an extended period of time. Incarceration is difficult enough for the elderly even in the best of health. It is important that he be as healthy as possible when he enters prison; healthy includes a reduction of pain and the ability to walk without aides, as well as making sure he will not fall. According to the doctor, he needs 12 more therapy sessions to reach this threshold.

10. Though Mr. Migdal and his attorney underestimated the time he needed to recover, the doctor is clear as to what is needed and that is therapy through early January 2019.

11. Counsel can understand the Government's frustration with the length of time involved to get Mr. Migdal in custody, but the frustration is not a valid reason to risk his health. He has been sentenced to prison- but not to suffer further injuries because he is not fully healed from his surgeries.

12. Mr. Migdal is fully aware that he has a prison term that he must complete and this delay is not a tactic. It is respectfully requested that the surrender date be continued over the objection of the Government.

DATED: November 6, 2018

STUART HANLON
ATTORNEY FOR MARK MIGDAL



**Sutter Health
Palo Alto Medical Foundation**

**Physical Therapy Prescription**
Department of Orthopedics

795 El Camino Real, Palo Alto, CA 94301 • (650) 853-2951

Name: __MIGDAL, M._____ Date: __9/21/18__

S/P ® TKA

Looks great!

Diagnosis/Impression: _____
Restrictions: _____

**Eval/Programs**
- ☑ Evaluate & Treat
- ☐ Evaluate & Call Me
- ☐ Evaluate & Report
- ☐ Cervical Rehab
- ☐ Shoulder Rehab
- ☐ Low Back Rehab
- ☐ Knee Rehab

**Increase/Improve**
- ☑ Strength
- ☑ Range of Motion
- ☑ Endurance
- ☐ Mobility
- ☐ Posture

**Decrease**
- ☐ Pain
- ☐ Spasm
- ☐ Neurological Signs
- ☐ Trigger Points
- ☐ Edema

**Teach**
- ☑ Home Exercise Program
- ☐ Functional Activities
- ☐ Back School
- ☐ Stabilization Exercises

**Modalities**
- ☐ Cold Packs
- ☐ Ice Massage
- ☐ Hot Packs
- ☐ Ultrasound
- ☐ Phonophoresis
- ☐ Contrast Baths
- ☐ Cervical Traction

- ☐ Inversion Traction
- ☐ Electro-Galvanic Stim
- ☐ Tens
- ☐ Elec-Muscle Stim
- ☐ Iontophoresis
- ☐ Soft Tissue Mobilization

GNAW. B /s/ _____ Provider Name _____ UPIN#
12 vis. B

140834 (03/2017)

Scanned by CamScanner



**Palo Alto Medical Foundation**
A Sutter Health Affiliate

*PAMF PALO ALTO DIVISION*
*PALO ALTO ORTHOPEDICS*
*795 El Camino Real*
*Palo Alto CA 94301*
*650-853-2951*
*650-321-4121*

October 29, 2018

To Whom It May Concern:

Mark Migdal is under my medical care and he was seen in my office today. Mr. Migdal underwent Bilateral Knee Replacement. Due to his condition I recommend 12 additional Physical Therapy.

If you have any questions, please don't hesitate to call my office at 650-853-2951.

Sincerely,

Bradley P Graw, MD

addendum: goal is to help Mr Migdal walk without crutches.

**Bradley Graw, MD**
Total Joint Replacement & Sports Medicine
Palo Alto Foundation Medical Group

795 El Camino Real, 3rd Floor
Palo Alto, CA 94301
Fax: (650) 853-6088
**(650) 853-2018**

**Sutter Health**
Palo Alto Medical Foundation

301 Industrial Road, 1st Floor
San Carlos, CA 94070
Fax: (650) 551-7076
**(650) 596-4040**

Board Certified:
Orthopedic Surgery

pamf.org/myhealthonline

Scanned by CamScanner


**Sutter Health**
Palo Alto Medical Foundation

**Physical Therapy Prescription**
Department of Orthopedics

795 El Camino Real, Palo Alto, CA 94301 • (650) 853-2951

Name: Mark Migdal          Date: 10/29/2018

s/p (BL) TKR  (R) ~6 wks ago (9/10/18)
              (L) ~4 mos ago

Diagnosis/Impression: *persistent but expected edema*

Restrictions: Ø high impact

### Eval/Programs
- ☒ Evaluate & Treat
- ☐ Evaluate & Call Me
- ☐ Evaluate & Report
- ☐ Cervical Rehab
- ☐ Shoulder Rehab
- ☐ Low Back Rehab
- ☒ Knee Rehab

### Increase/Improve
- ☒ Strength quads
- ☒ Range of Motion
- ☐ Endurance
- ☒ Mobility
- ☐ Posture

### Decrease
- ☒ Pain
- ☐ Spasm
- ☐ Neurological Signs
- ☐ Trigger Points
- ☐ Edema

### Teach
- ☒ Home Exercise Program
- ☒ Functional Activities
- ☐ ~~Back School~~
- ☐ ~~Stabilization Exercises~~

### Modalities
- ☐ Cold Packs
- ☐ Ice Massage
- ☐ Hot Packs
- ☐ Ultrasound
- ☐ Phonophoresis
- ☐ Contrast Baths
- ☐ Cervical Traction
- ☐ Inversion Traction
- ☐ Electro-Galvanic Stim
- ☐ Tens
- ☐ Elec-Muscle Stim
- ☐ Iontophoresis
- ☐ Soft Tissue Mobilization

Also some low back pain. Please help w/ this as well!

Provider Name _____ UPIN# _____

12 sessions

140834 (03/2017)