Brandon Sample
Brandon Sample PLC
P.O. BOX 250
Rutland, VT 05702
Tel: 802-444-4357
E-mail: brandon@brandonsample.com
Vt Bar # 5573

*Counsel Pro Hac Vice for Mark Migdal*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MARK MIGDAL,<br><br>    Defendant. | Case No.: 16-cr-00411-VC-2<br><br>**JOINT STATUS REPORT AND STIPULATION AND [PROPOSED] ORDER TO LIFT STAY ON 28 U.S.C. § 2255 PROCEEDINGS**<br>AS MODIFIED |

IT IS HEREBY STIPULATED by and between plaintiff United States of America and defendant Mark Migdal as follows:

1. On January 1, 2019, Migdal filed a 28 U.S.C. § 2255 motion. *See* ECF 419.

2. On January 8, 2019, the Court ordered the United States to respond to Migdal's 28 U.S.C. § 2255 motion and established a briefing schedule that required Migdal to file his memorandum of law in support of the § 2255 motion by January 15, 2019, the United States' response by January 22, 2019, and Migdal's reply by January 29, 2019. (ECF 424). The Court also tentatively set Migdal's § 2255 motion for a hearing on February 19, 2019. *Id.*

3.   On January 10, 2019, Migdal surrendered for service of his sentence at the federal prison in Lompoc, California.

4.   Prior to Migdal's surrender, attorney Brandon Sample received information indicating that two of Migdal's coronary arteries were over 70 percent blocked and that he required angioplasty and possible stents.

5.   Attorney Sample conveyed this information to the Bureau of Prisons prior to Migdal's surrender in an effort to ensure continuity of Migdal's care.

6.   On January 11, 2019, the United States moved for an order declaring a waiver of Migdal's attorney-client privilege, the production of discovery, and issuance of a protective order. (ECF 432). Migdal responded to the United States' motion on March 1, 2019. (ECF 464).

7.   On January 15, 2019, attorney Sample was advised through Migdal's family that Migdal underwent coronary angioplasty on January 14, 2019. As a result of that procedure, Migdal was recommended for triple bypass heart surgery.

8.   On January 17, 2019, the Court stayed Migdal's § 2255 proceeding, and directed the parties to file a status report on March 1, 2019.

9.   While Migdal's medical problems remain ongoing, the parties are in agreement that the stay previously imposed in this matter should be lifted.

10.  Finally, the parties jointly propose the following briefing schedule on Migdal's § 2255 motion: Migdal's memorandum of law in support of his § 2255 motion due March 11, 2019; the Government's response to Migdal's § 2255 motion due March 29, 2019; Migdal's reply to the Government's response due April 10, 2019. Should the

Court desire an evidentiary hearing on Migdal's claims, the parties propose that the hearing be conducted on or after June 3, 2019.

SO STIPULATED, AGREED, AND RESPECTFULLY REQUESTED:

Dated: March 1, 2019		BRANDON SAMPLE PLC

		/s/ Brandon Sample
		Brandon Sample
		Attorney for Defendant Mark Migdal


Dated: March 1, 2019		David L. Anderson

		United States Attorney

		/s/ Colin Sampson
		COLIN SAMPSON
		ERIN A. CORNELL
		Assistant United States Attorneys

# **ORDER**

Pursuant to the parties' joint status report and stipulation, IT IS HEREBY ORDERED that the stay of the proceedings concerning Defendant Mark Migdal's 28 U.S.C. § 2255 is hereby LIFTED. Migdal shall file his memorandum of law in support of his § 2255 motion by March 11, 2019. The Government shall file its response to Migdal's § 2255 motion by March 29, 2019. Migdal will then be afforded until April 10, 2019, to file his reply to the Government's response. ~~The § 2255 motion will be taken under advisement after submission of Migdal's reply to the Government's response.~~

IT IS SO ORDERED.

Dated: March 5, 2019

A hearing is scheduled for Thursday, June 13, 2019, at 10:00 a.m.



IT IS SO ORDERED AS MODIFIED
Judge Vince Chhabria

HONORABLE
UNITED

4