UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MARK MIGDAL,<br><br>　　　　Defendant. | Case No. 16-cr-00411-VC-2<br><br>**ORDER DENYING MOTION FOR COMPASSIONATE RELEASE**<br><br>Re: Dkt. Nos. 501, 502, 503 |

　　　The motion for compassionate release is denied. The administrative motion to file under seal is granted.

　　　**IT IS SO ORDERED.**

Dated: March 18, 2020

_____

VINCE CHHABRIA
United States District Judge